UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No: 8:15-cr-242 T-24 TBM

THEORIDOTES COLLINS
_____/

**ORDER**

This cause comes before the Court on Defendant Theroridotes Collin's motion for recusal. (Doc. 117). While far from clear, it appears that Defendant is seeking to recuse the undersigned from presiding over his § 2255 proceedings, which are currently proceeding under case number 8:17-cv-2248 T-24 TBM. The Court has considered Defendant's motion and concludes that it should be denied.

Pursuant to 28 U.S.C. § 455, a judge must disqualify herself in any proceeding in which her impartiality might reasonably be questioned or where she has an actual personal bias or prejudice concerning a party. From what the Court can discern from Defendant's motion, it appears Defendant is arguing that the undersigned cannot be impartial because the undersigned ruled against Defendant on evidentiary issues and found Defendant guilty after a bench trial. But the fact that Defendant is not satisfied with this Court's ruling is not a valid basis for recusal. Thus, Defendant has failed to show that the undersigned's impartiality might reasonably be questioned. Accordingly, it is ORDERED AND ADJUDGED that Defendant's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of November, 2017.

SUSAN C. BUCKLEW
United States District Judge

1

Copies to:
*Pro Se* Petitioner